BEFORE THE SECOND DIVISION, MAY 26, 1964

No. 68583.—Williams & Rosenbaum, Inc. *v.* United States, protest 60/13518 (Boston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.

No. 68584.—Globe Importing Company et al. *v.* United States, protests 320819–K, etc. (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of rotary lawn sprinklers or metal parts thereof similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiffs was sustained.

No. 68585.—Standard Brands Paint Co., Inc. *v.* United States, protests 63/12410, etc. (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of hanging paper similar in all material respects to that the subject of *Victor England Agencies, Inc.* v. *United States* (50 Cust. Ct. 83, C.D. 2394), the claim of the plaintiff was sustained.